IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08- 2 / |
| | ) | |
| JACQUAN SMITH, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION AND ORDER FOR BENCH WARRANT

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly,

United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States

Attorney for the District of Delaware, and hereby moves this Honorable Court for the issuance of

an arrest warrant against the defendant, JACQUAN SMITH, as a result of the Indictment returned

against him on February 5, 2008.

COLM F. CONNOLLY
United States Attorney

By _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated:  February 5, 2008

AND NOW, this ____5th____ day of ____February____, 2008, upon the foregoing Motion,

IT IS ORDERED that a warrant issue for the arrest and apprehension of Terrence Ross.

_____
United States Magistrate Judge