IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff | )<br>)<br>)<br>) | |
| v. | )<br>) | Criminal Action No. 08-21 |
| JACQUAN SMITH,<br>　　　　Defendant. | )<br>)<br>) | |

**PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM**

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1.　On February 5, 2008, the grand jury for the District of Delaware charged the defendant, Jacquan Smith, with intent to distribute over crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); possession with intent to distribute marihuana, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(D); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2.　Jacquan Smith (d.o.b.　　　1988) is currently a pretrial detainee on various State offenses at the Howard Young Correctional Facility, Gander Hill.

3.　The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for February 14, 2008, at 1:00 pm.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

the Warden for the Howard Young Correctional Facility, Gander Hill, to bring the said defendant, Jacquan Smith, before this Court on February 14, 2008, at 1:00 p.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

                                    COLM F. CONNOLLY
                                    United States Attorney

By: _____
Ilana H. Eisenstein
Assistant United States Attorney

Dated: February 7, 2008

**IT IS SO ORDERED** this _____ day of _____, 2008.

                                 _____
                                 HONORABLE MARY PAT THYNGE
                                 United States Magistrate Court