## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff<br><br>v.<br><br>JACQUAN SMITH,<br>        Defendant. | )<br>)<br>)<br>)<br>)  Criminal Action No. 08-21<br>)<br>)<br>) |

### PETITION FOR WRIT OF
### HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 5, 2008, the grand jury for the District of Delaware charged the defendant, Jacquan Smith, with intent to distribute over crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); possession with intent to distribute marihuana, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(D); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2. Jacquan Smith (d.o.b. 10/23/1988) is currently a pretrial detainee on various State offenses at the Howard Young Correctional Facility, Gander Hill.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for February 14, 2008, at 1:00 pm.

**WHEREFORE,** Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to


FILED
FEB 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

defendant, Jacquan Smith, before this Court on February 14, 2008, at 1:00 p.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

> COLM F. CONNOLLY
> United States Attorney
>
> By: _____
> Ilana H. Eisenstein
> Assistant United States Attorney

Dated: February 7, 2008

**IT IS SO ORDERED** this __8th__ day of __FEBRUARY__, 2008.

_____
HONORABLE MARY PAT THYNGE
United States Magistrate Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff ) | |
| ) | |
| ) | |
| v. ) | Criminal Action No. 08-21 |
| ) | |
| JACQUAN SMITH, ) | |
| Defendant. ) | |

PETITION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

Your Petitioner, the United States of America, by its attorneys, Colm Connolly, United States Attorney for the District of Delaware, and Ilana H. Eisenstein, Assistant United States Attorney for the District of Delaware, respectfully states:

1. On February 5, 2008, the grand jury for the District of Delaware charged the defendant, Jacquan Smith, with intent to distribute over crack cocaine, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(C); possession with intent to distribute marihuana, in violation of 21 U.S.C. §§ 841(a)(1) & (b)(1)(D); and possession of a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. § 924(c).

2. Jacquan Smith (d.o.b.       1988) is currently a pretrial detainee on various State offenses at the Howard Young Correctional Facility, Gander Hill.

3. The defendant has not had an initial appearance in the District Court for the District of Delaware. His initial appearance is scheduled for February 14, 2008, at 1:00 pm.

WHEREFORE, Petitioner prays that the Clerk of this Court be instructed to issue a Writ of Habeas Corpus Ad Prosequendum to the United States Marshal, District of Delaware, and to

FILED

FEB 6 2008

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

defendant, Jacquan Smith, before this Court on February 14, 2008, at 1:00 p.m. for an Initial Appearance and to be held in federal custody until the conclusion of the federal prosecution.

                                                  COLM F. CONNOLLY
                                                  United States Attorney

                                          By: _____
                                               Nana H. Eisenstein
                                               Assistant United States Attorney

Dated: February 7, 2008

      IT IS SO ORDERED this \_\_8th\_\_ day of \_\_FEBRUARY\_\_, 2008.

                                          _____
                                          HONORABLE MARY PAT THYNGE
                                          United States Magistrate Court