AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

District of      DELAWARE

UNITED STATES OF AMERICA

V.

JACQUAN SMITH,

**WARRANT FOR ARREST**

Case Number: 08-21-UNA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest     JACQUAN SMITH
                                                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

POSSESSION WITH INTENT TO DISTRIBUTE CRACK, et al.

in violation of Title _____ 21, et al. _____ United States Code, Section(s) _____ 841(a)(1), (b)(1)©, et al. _____

PETER T. DALLEO
Name of Issuing Officer

_Signature_   Deputy Clerk
Signature of Issuing Officer

CLERK OF COURT
Title of Issuing Officer

2/5/2008 at WILMINGTON, DE
Date and Location

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

844 King St. Wilm DE

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 2-5-08 | William David, DUSM | _signature_ |
| DATE OF ARREST 2-14-08 | | |

*[Stamp: RECEIVED 2008 FEB 15]*
*[Stamp: FILED 2008 FEB 15 AM 9:00 CLERK, U.S. DISTRICT COURT DISTRICT OF DELAWARE]*