UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) )   CASE NO. **CR 08-21-JJF** ) ) |
| **JACQUAN SMITH** | ) ) |
| Defendant. | ) |

O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on FEBRUARY 19, 2008 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until March 21, 2008 The time between the date of this order and March 21, 2008 shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161, et seq.).

> Honorable Mary Pat Thynge
> U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney


FILED FEB 19 2008 — U.S. DISTRICT COURT DISTRICT OF DELAWARE