IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
|       Plaintiff, | : | |
| v. | : | Criminal Action No. 08-21-JJF |
| JACQUAN SMITH, | : | |
|       Defendant. | : | |

### O R D E R

WHEREAS, Defendant filed a Motion For Continuance (D.I. 16), including a waiver of the time requirements of the Speedy Trial Act;

WHEREAS, the granting of this continuance will result in approximately 75 days being used for motion practice;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Motion For Continuance (D.I. 16) is **GRANTED.**

2. The deadline for Defendant to file pretrial motions is extended until **Friday, April 25, 2008.**

3. This extension requires the Government to complete discovery by **Friday, April 11, 2008.**

4. A conference pursuant to Federal Rule of Criminal Procedure 17.1 will be held on **Thursday, May 8, 2008 at 8:30 a.m.,** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

FILED
APR - 3 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

       5.   The time between the date of this Order and May 8, 2008, shall be excludable under the Speedy Trial Act (18 U.S.C. §3161 et seq.) in the interests of justice.

April 3, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE