IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-21-1-JJF |
| v. | : | |
| JACQUAN SMITH | : | |

## O R D E R

AND NOW, this _____ day of _____, 2008, the Court being advised that the Government does not oppose the defendant's second motion for a continuance, the Court finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, that they outweigh the interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §316(h)(8)(A) and this case is continued for a period of sixty days.

BY THE COURT:

_____
J.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-21-JJF |
| v. | : | |
| JACQUAN SMITH | : | |

DEFENDANT'S SECOND
MOTION FOR CONTINUANCE
PURSUANT TO 18 U.S.C. § 3161(h)(8)(A)

Defendant, Jacquan Smith, (hereinafter "Smith"), by his attorney, Elayne C. Bryn, Esquire, respectfully requests a continuance in this matter. In support of this motion, the government avers as follows:

1. On February 5, 2008, defendant, Jacquan Smith, was charged in a three count indictment for knowingly possessing with intent to distribute a mixture and substance containing a detectable amount of cocaine base ("crack") a schedule II narcotic controlled substance, in violation of 21 U.S.C. §841(a)(1) and (b)(1)(C), knowingly attempting to possess with intent to distribute marijuana, a controlled substance, in violation of 21 U.S.C. §841(a)(1) and (b)(1)((D), and for knowingly possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1)(A).

2. The defendant has been detained pending trial pursuant to the Bail Reform Act, 18 U.S.C. § 3142(e).

3. Defendant was arraigned on February 19, 2008.

4. On March 25, 2008 undersigned counsel was appointed to represent Mr. Smith in the above-captioned matter.

5.	Since being appointed to represent Mr. Smith in this matter, undersigned counsel has contacted the Assistant U.S. Attorney, Ilana H. Eisenstein, who is assigned to this case. Counsel is presently discussing a non-trial disposition of this case with the Government.

6.	A status conference for this case is scheduled before the Honorable Joseph J. Farnan, Jr. for May 8, 2008.

7.	The Assistant United States Attorney has advised counsel that she has no objection to the granting of this motion.

8.	The ends of justice are served by taking such action and such action outweighs the best interest of the public and the defendant in a speedy trial.

WHEREFORE, it is respectfully requested that the time to file pre-trial motions in this matter be continued for a period of sixty (60) days and the time requirements of the Speedy Trial Act, pursuant to 18 U.S.C. 3161 are waived.

Respectfully submitted,

/s/ Elayne C. Bryn
ELAYNE C. BRYN, ESQUIRE
Attorney I.D. No. 51050
Two Penn Center
1500 J.F.K. Blvd., Suite 1230
Philadelphia, PA  19102
(215) 988-9570
Attorney for Defendant, Jacquan Smith

IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-21-1-JJF |
| v. | : | |
| JACQUAN SMITH | : | |

CERTIFICATE OF SERVICE

I, ELAYNE C. BRYN, ESQUIRE, attorney for defendant, hereby certify that on the 6th day of May, 2008, I caused to be electronically filed Defendant's Second Motion For Continuance Pursuant to 18 U.S.C. § 3161(h)(8)(A) with the Clerk of the Court. I further certify that a copy of the foregoing was sent via U.S. mail to counsel of record as follows:

Ilana H. Eisenstein, Asst. United States Attorney
Office of the United States Attorney
District of Delaware
P.O. Box 2046
Wilmington, DE  19899

/s/ Elayne C. Bryn
ELAYNE C. BRYN, ESQUIRE
Attorney for Defendant,
Jacquan Smith

Date:  May 6, 2008