IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 08-21-1-JJF |
| v. | : | |
| JACQUAN SMITH | : | |

## ORDER

AND NOW, this 7 day of May, 2008, the Court being advised that the Government does not oppose the defendant's second motion for a continuance, the Court finds that these reasons cause the ends of justice to best be served by granting a continuance in this matter, that they outweigh the interests of the public and the defendant in a speedy trial, pursuant to 18 U.S.C. §316(h)(8)(A) and this case is continued for a period of sixty days.

BY THE COURT:

_____ J.